IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CV-188-D

| | |
|---|---|
| ARIAS V. GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| MEAD WEST VACO, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on plaintiff's October 28, 2010 supplemental filing to his application to proceed *in forma pauperis* under 28 U.S.C. § 1915, which permits an indigent litigant to commence suit in federal court without paying administration costs associated with such proceedings. Plaintiff's supplemental filing clarified his application to proceed without prepayment of fees and demonstrated appropriate evidence of inability to pay the required court costs. Accordingly, his application is allowed.

The clerk is directed to file the complaint and issue the summons prepared by plaintiff. The U.S. Marshal is directed to serve the summons and a copy of the complaint on defendant.

SO ORDERED. This 2 day of November 2010.

JAMES C. DEVER III
United States District Judge